UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BRAULIO THORNE AND ON BEHALF
OF ALL OTHER PERSONS SIMILARLY
SITUATED,

                              Plaintiff,                No. 19 CV 889-LTS-JLC

     -against-                  ORDER OF DISMISSAL

BASSETT YACHT & BOAT SALES, LLC,

                              Defendant.
-------------------------------------------------------x

        The attorneys for the parties have advised the Court that this putative class action has been or will be settled.  Accordingly, it is hereby ORDERED that this action is dismissed with prejudice as to the named Plaintiff and without costs to either party, but without prejudice as to unnamed class members and to restoration of the action to the calendar of the undersigned if settlement is not achieved within thirty (30) days of the date of this Order.  If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this thirty (30)-day period expires.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be so ordered.

    SO ORDERED.

Dated: New York, New York
       August 14, 2019

                                                  /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge